FILED

APR 16 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:25 CR 00183 |
| ROBERT DANIELS, | ) | Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and (b)(1)(C) |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT DANIELS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Cocaine and Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT DANIELS did knowingly and intentionally possess with intent to distribute a mixture and substance containing detectable amounts of cocaine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT DANIELS did knowingly and intentionally possess with intent to distribute 40 grams of more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4
(Possession with Intent to Distribute Fentanyl and Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4. On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT DANIELS did knowingly and intentionally possess with intent to distribute 40 grams of more of a mixture and substance containing detectable amounts of fentanyl, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ROBERT DANIELS shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly

as a result of such violations; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; including, but not limited to, the following: $2,097.00 in U.S. Currency seized on May 7, 2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.